UNITED STATES of America,
Plaintiff—Appellee,

v.

Herman Lewis BILLUPS, Defendant—
Appellant.

No. 08–8360.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 17, 2009.

Herman Lewis Billups, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lewis Billups appeals the district court's order granting him a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Billups*, No. 3:00–cr–00059–1 (S.D.W.Va. Oct. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*